IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BERNICE HICKS, | * | |
| Plaintiff, | * | |
| v. | * | CV 416-186 |
| EQUITY INVESTMENT GROUP, INC.; NEW PLAN REALTY TRUST; BURLINGTON COAT FACTORY OF GEORGIA, LLC; BURLINGTON COAT FACTORY OF ALABAMA, LLC; and CENTRO NP AUGUSTA WEST PLAZA, LLC, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's unopposed Consent Motion Correcting and Dropping Named Parties (doc. 6) and Defendants' unopposed Motion to Transfer [Venue] (doc. 5).

Upon due consideration, Plaintiff's unopposed Consent Motion Correcting and Dropping Named Parties (doc. 6) is **GRANTED** and it is **ORDERED** that: (a) Defendants Equity Investment Group, Inc., New Plan Realty Trust, and Burlington Coat Factory of Alabama, LLC shall be **DISMISSED WITHOUT PREJUDICE;** (b) Defendant Centro NP Augusta West Plaza, LLC's name shall be corrected to reflect the entity's correct name, "Brixmor Augusta West Plaza, LLC"; and (c) this case shall be restyled as <u>Bernice Hicks v. Burlington Coat Factory of Georgia, LLC, and Brixmore Augusta</u>

West Plaza, LLC. In addition, the remaining Defendants' unopposed Motion to Transfer [Venue] (doc. 5) is **GRANTED** and the Clerk is **ORDERED** to **TRANSFER** this case to the Augusta Division of the Southern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA